Action by Ten Eyck R. Beardsley against Isaac W. Sherrill and others, individually, etc. J. Ewen, of New York City, for appellant. J. G. Jackson, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re BEARNS. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the petition of James S. Bearns to prove the last will and testament of Joseph H. Bearns, etc., deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed (89 Misc. Rep. 712, 153 N. Y. Supp. 1089), with costs.

BEATTY v. IRELAND et al. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Robert A. Beatty against John B. Ireland and others. No opinion. Motion granted by default. See, also, 165 App. Div. 944, 150 N. Y. Supp. 1076.

BEATTY, Respondent, v. THOMPSON-STARRETT CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William N. Beatty against the Thompson-Starrett Company. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.

BEDELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Fanny Bedell, an infant, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed on the ground the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $5,000; if so stipulated, the judgment is so modified, and as modified judgment and order affirmed, without costs to either party.

HOWARD and WOODWARD, JJ., vote for affirmance.

BEEBE, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ernest L. Beebe, an infant, etc., against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 154 N. Y. Supp. 1111.

BEEBE, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ernest L. Beebe, an infant, etc., against the New York, Ontario & Western Railway Company. No opinion. Order denying motion for new trial upon ground of newly discovered evidence affirmed, with $10 costs and

disbursements. See, also, 153 N. Y. Supp. 1106; 154 N. Y. Supp. 1111.

BELDEN, Appellant, v. COLEMAN, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by George G. Belden, as administrator, de bonis non, etc., against Charles W. Coleman, as executor, etc. No opinion. Judgment and orders affirmed, with costs.

BENNETT, Respondent, v. AUSTRO-AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Anthony C. Bennett against the Austro-American Steamship Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 161 App. Div. 753, 147 N. Y. Supp. 193.

BENNETT v. CHAYES. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alice Bennett, an infant, against Louis J. Chayes. No opinion. Motion granted. Order filed. See, also, 154 N. Y. Supp. 1111.

BENNETT v. CHAYES. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alice Bennett, an infant, etc., against Louis J. Chayes. No opinion. Motion to dismiss appeal granted with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 154 N. Y. Supp. 1111.

BENNETT, Appellant, v. VILLAGE OF OTEGO, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of Alice Russell Bennett against the Village of Otego, for the appointment of commissioners. No opinion. Order reversed, with $10 costs and disbursements, upon the authority of Matter of Hunt v. Village of Otego, 160 App. Div. 158, 145 N. Y. Supp. 495, and matter remitted to Special Term. See, also, 154 N. Y. Supp. 1111.

BENNETT v. VILLAGE OF OTEGO. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) In the matter of the application of Alice Russell Bennett against the Village of Otego for the appointment of commissioners and assessment of damages. No opinion. Motion denied. See, also, 154 N. Y. Supp. 1111.

In re BENSEL et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the application and petition of John A. Bensel and others, etc., Southern Aqueduct Department, Consolidated Sections Nos. 15 and 17. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 154 App. Div. 956, 139 N. Y. Supp. 1116; 163 App. Div. 909, 147 N. Y. Supp. 1098; 163 App. Div. 537, 148 N. Y. Supp. 972.

BERMANT, Respondent, v. KEVENEY, Appellant. (Supreme Court, Appellate Division,